United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:   ALEXIS MAGER LAKUSTA,

       Debtor.
_____/

ALEXIS MAGER LAKUSTA.,

       Plaintiff/Appellant,       No. C 06-6105 PJH/
                                       Adv. Case No. 03-3549 TC

     v.                                        **JUDGMENT**

MARK EVANS, et al.,

       Defendants/Appellees.
_____/

    Pursuant to the Order Re: Bankruptcy Appeal signed today the decision of the bankruptcy court is AFFIRMED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 3, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge